# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CIVIL NO. 07-1809 (JAF) |
| Plaintiff, | |
| v. | |
| **(1) Farmacia Carimas** <br> **Ave. Boulevard, Esquina Gautier Benítez EB-1 Levittown, Toa Baja, Puerto Rico** | |

**(1) Farmacia Carimas**
**Ave. Boulevard, Esquina Gautier Benítez EB-1 Levittown, Toa Baja, Puerto Rico**

Urbana: Solar número uno bloque "EB" en la urbanización de Levittown en el barrio Sabana Seca de Toa Baja. Con una área de cuatrocientos treinta y cuatro metros cuadrados con treinta y siete centímetros y un arco de dos metros, en lindes: por el Norte, en diecinueve metros cincuenta centímetros y un arco de dos metros setecientos cincuenta y nueve milímetros con la Boulevard de Levittown, por el Sur, en veintitrés metros con el solar # 2, por el Este, en quince metros cincuenta centímetros y un arco de setecientos cuarenta y nueve milímetros con la calle José Gautier Benítez según plano y por el Oeste en diecinueve metros con el solar # 16. Contiene una casa de cemento diseñada para vivienda familiar.

Inscrita de favor de Abdullah A. Yassin and Minerva Hernández Pérez, según consta en el Tomo 387, Folio 235, finca número 10512, de Toa Baja.

**(2) Farmacia Bonneville**

**Ave. Degetau, A-17, Caguas, Puerto Rico**

Urbana: Solar número 17-A de la Urb. Bonneville Heights, radicada en el Barrio Cañabón de Caguas, que colinda al Norte en 20.17 metros con la calle Degetau; al Sur en 500 metros con la calle 3; al Este en 25.102 metros con el solar número 16-A; al Oeste en 28.859 metros con el solar número 18-A.

Inscrita a favor de Agustín Ríos Ramos and Myriam D. Pérez-Pérez, según consta en el Tomo 544, Folio 70, Finca número 17,780, de Caguas.

**(3) Urb. Villa del Rio Este, E-10, Sección Dos Rios, Cataño, Puerto Rico**

URBANA: Solar marcado con el número 10 del Bloque "E" de la Urbanización Villa del Rio Este, Sección Dos Rios, radicada en el Barrio Palmas del término municipal de Cataño, Puerto Rico, con una cabida superficial de 320.467 metros cuadrados. En lindes por el Norte, en 23.00 metros con solar número 9; por el Sur, en 23.00 metros con solar número 11; por el Este, con distancia en arco de 14.620 metros con los solares número 25 y 26.

Inscrita a favor de Abdullah Ahmad Yassin y Minerva Hernández Pérez, según consta en el Tomo 115, Folio 117, Finca número 5510, de Cataño, inscripción quinta (5ta).

**(4) Carr 823, KM 2.0, Barrio Quebrada Arenas, Toa Alta, Puerto Rico**

PARCELA: Predio de terreno radicado en el Barrio Quebrada Arenas del término municipal de Toa Alta, Puerto Rico, con una cabida superficial de nueve mil seiscientos dieciocho diez milésimas de cuerda (0.9618), equivalentes a tres mil setecientos ochenta metros cuadrados con dos mil

novecientos veintinueve diez milésimas de otro (3,780.2929 mc) que colinda al Norte, con la Parcela "E" de la finca principal de la cual se segrega; al Sur, con la Parcela "D" de la finca principal de la cual se segrega; al Oeste, con terrenos de Trinidad Pérez Dávila; y al Este, con la faja de terreno de uso público que lo separa de la finca de la cual se segrega.

Inscrita a favor de Rafael Antonio Nieves Meléndez, según conforme en el Tomo 163, Folio 81, Finca número 8747 de Toa Alta**.**

**5) Urb Mansiones de Vistamar Marina, # 1308, Calle Mallorca, Carolina, Puerto Rico**

URBANA: Solar marcado con el número mil trescientos ocho (1308) de la Urbanización Mansiones de Vistamar Marina, radicada en el Barrio Sabana Abajo del término municipal de Carolina, Puerto Rico, con una cabida de cuatrocientos cincuenta punto ciento cuarenta (450.140) metros cuadrados, equivalentes a cero punto mil ciento cuarenta y cinco cuerda (0.1145). En lindes por el Norte, con un largo de veintiocho punto cuatrocientos (28.400) metros colindando con el solar número mil trescientos nueve (1309); por el Sur, con un largo de veintiocho punto cuatrocientos (28.400) metros colindando con el solar número mil trescientos siete (1307); por el Este, con un largo de quince punto ochocientos cincuenta (15.850) metros con la Calle Mallorca y por el Oeste, con un largo de quince punto ochocientos cincuenta (15.850) metros con el solar número mil trescientos y uno (1321). Enclava una estructura de dos(2) niveles para fines residenciales, diseñada para vivienda de una familia, construida coforme a planos y especificaciones aprobados por las agencias e instrumentalidades gubernamentales pertinentes.

Inscrita a favor de José Vázquez-Senti, según consta en el Tomo 969, Folio 37, Finca número 40504, de Carolina.

**(6)Condominio Ciudad Jardín de Canóvanas, Apartamento 610-F, Canóvanas, Puerto Rico**

URBANA: PROPIEDAD HORIZONTAL Apartamento residencial marcado con el número seiscientos diez-F (610-F), ubicado en el Piso Segundo, del Edificio "F", del Condominio Cuidad Jardín de Canóvanas, gobernado por el régimen de propiedad horizontal, y localizado en el Barrio Canóvanas, del municipio de Canóvanas, Puerto Rico. Tiene una cabida de mil trescientos catorce pies cuadrados (1,314.00 p.c.), equivalentes a aproximadamente ciento veintidos punto cero setecientos cincuenta y un metros cuadrados (122.0751 m.c.). El apartamento es de forma irregular y colinda; por el Norte, en una distancia de veintinueve pies diez pulgadas (29'10") con el espacio áereo que mira hacia un área denominada "Green Area" y con el Edificio "E" del referido condominio; por el Sur, en dos alineaciones distintas, en una distancia de diecinueve pies seis pulgadas (19'6") con el apartamento número seiscientos nueve F (609-F), y en otra distancia de tres pies seis; por el Este, en una distancia de treinta cuatro pies (34'0"), con el espacio aéreo que mira hacia la parte de la finca que colinda con Los Flamboyanes Court, y en otra distancia de cinco pies tres; por el Oeste, en una distancia de treinta y nueve pies tres pulgadas ( 39'3") con un área denominada "Green Area" y con el Edificio "M" del referido condominio.

Inscrita a favor de José Víctor Vázquez-Senti and Luis Orlando López-Cruz, descrita conforme a la inscripción primera del Tomo 366, Folio 16, Finca número 14742, de Canóvanas.

**(7)Condominio Villas del Mar Beach Resort, Apartamento F-303, Loíza, Puerto Rico**

PROPIEDAD HORIZONTAL: Apartamento identificado con el número F-trescientos tres (F-303) el cual está localizado en el tercer piso del edificio "F" del Condominio Villas del Mar Beach Resort, ubicado en el sector El Martillo, Barrio Mediania Alta, carretera ciento ochenta y siete

(187) kilómetro siete (7.0), Loíza, Puerto Rico. Tiene una cabida superficial de mil doscientos ocho punto cuatrocientos cicuenta y siete (1,208.457) pies cuadrados, equivalentes a ciento doce punto doscientos sesenta y nueve (112.269) metros cuadrados. Colinda por el Norte, en distancia de treinta y cinco pies diez pulgadas (35'10") con el apartamento F-trescientos cuatro (F-304); por el Sur, en distancia de treinta y tres pies nueve pulgadas (33'9") con el apartamento F-trescientos dos (F-302); por el Este, en distancia de treinta y un pies tres y media pulgadas (31' - 3 1/2") con el área común; y por el Oeste, en distancia de treinta y un pies tres y media pulgadas (31'3 1/2") con el área común.

Inscrita a favor de José V. Vázquez Senti and Vicenta Senti Carvallo, según consta al Asiento 1273, Diario 228 de Loíza.

 8) **Condominio Villas del Mar Beach Resort, Apartamento B-205, Loíza, Puerto Rico**

URBANA: Apartamento identificado con el número B-doscientos cinco (B-205) el cual está localizado en el segundo piso del edificio "B" del Condominio Villas del Mar Beach Resort, ubicado en el sector El Martillo, Barrio Mediania Alta, carretera ciento ochenta y siete (187) kilómetro siete (7.0), Loíza, Puerto Rico. Colinda por el Norte, en distancia de treinta y ocho pies dos pulgadas (38'2") con área común; por el Sur, en distancia de diecinueve pies once pulgadas (19'11") con el apartamento B-doscientos cuatro (B-204); por el Este, en distancia de treinta pies siete pulgadas (30' - 7") con el área común; y por el Oeste, en distancia de treinta pies siete pulgadas (30'-7") con el área común.

Inscrita a favor de José V. Vázquez Senti, según consta al Asiento 1324, Diario 229 de Loíza.

**(9) Condominio Surfside Mansions, Apartamento 306, Isla Verde, Carolina, Puerto Rico**

URBANA:PROPIEDAD HORIZONTAL: Apartamento trescientos seis (306), localizado en el piso tercero del edificio conocido como Surfside Mansions que radica en el kilómetro uno, de la carretera ciento ochenta y siete, Isla Verde, Carolina, tiene forma rectangular, midiendo ocho metros ochenta y nueve centímetros de ancho por diecisiete metros sesentiuno centímetros de fondo teniendo un área de ciento treinta y cuatro metros cuadrados con catorce centímetros cuadrados. Su puerta principal mira hacia el Este y se comunica con pasillo comunal que da al vestíbulo común y que tiene salida a los elevadores y escaleras que a su vez dan salida al exterior del edificio. Este apartamento contiene una sala-comedor, dos dormitorios, dos baños, cocina, closets, una terraza y una lavandería. Colinda por el Norte, en una extensión de cinco metros treinta y nueve centímetros con pared comunal que lo divide de las escaleras e incineradores y en tres metros cincuenta centímetros con pared comunal que la divide del closet para contenedores de agua y el closet mecánico; por el Sur en una extensión de quince metros sesenta y siete centímetros con pared comunal que la divide del patio principal del edificio que mira hacia la carretera ciento ochenta y siete; por el Este, en una extensión de quince metros sesenta y siete centímetros con paseo comunal que la divide del apartamento trescientos nueve y en un metro cero centímetro con pared comunal (puerta) que lo divide del pasillo comunal que lo comunica con los elevadores y escaleras; por el Oeste, en una extensión de once metros ochenta y nueve centímetros con pared comunal que la divide del patio lateral izquierdo del edificio; y en cinco metros setenta y dos centímetros con pared comunal que lo divide del apartment trescientos once.

Inscrita a favor de José Víctor Vázquez-Senti, según conforme al Tomo 937, Folio 74, Finca número 32406, de Carolina.

**(10) Urb Mansiones de Vistamar Marina, # 1309, Calle Mallorca, Carolina, Puerto Rico**

URBANA: Solar marcado con el número mil trescientos nueve (1309) de

la Urbanización Mansiones de Vistamar Marina, radicada en el Barrio Sabana Abajo del término municipal de Carolina, Puerto Rico, con una cabida de cuatrocientos cincuenta punto ciento cuarenta (450.140) metros cuadrados, equivalentes a cero punto mil ciento cuarenta y cinco cuerda (0.1145). En linde

s por el Norte, con un largo de veintiocho punto cuatrocientos (28.400) metros colindando con el solar número mil trescientos diez (1310); por el Sur, con una largo de veintiocho punto cuatrocientos (28.400) metros colindando con el solar número mil trescientos ocho (1308); por el Este, con un largo de quince punto ochocientos cincuenta (15.850) metros con la Calle Mallorca y por el Oeste, con un largo de quince punto ochocientos cincuenta (15.850) metros con el solar número mil trescientos y uno (1321).

Inscrita a favor de José V. Vázquez-Senti y Gabino Iglesias Vázquez, según consta en el Asiento 1362 del Diario 318, Finca número 40,471, de Carolina.

**(11) Urb La Reserva, # 13, (Los Prados), Caguas, Puerto Rico**

URBANA: Solar radicado en el Desarrollo de Reserva de la Urbanización Los Prados, localizada en el Barrio Cañabón, del término municipal de Caguas, Puerto Rico, que se describe en el Plano de Inscripción con el número, área y colindacias que se relacionan: por el Norte, en 25.44 metros con la Calle # 2; por el Sur, en 29.66 metros con la Avenida Via del Valle; por el Este, en 27.70 metros con el Solar # 12; por el Oeste, en 28.46 metros con la Calle 14.

Inscrita a favor de Agustín Rios Ramos y Myriam Daisy Pérez Pérez, según consta en el Asiento 1005, Diario 1127; Asiento 1006, Diario 1127; Asiento 1007; Diario 1122, de Caguas

Defendants.

## ORDER

Upon motion by the plaintiff, and after having been duly advised of all the facts, and after due deliberation, this Court hereby:

ORDERS, ADJUDGES, AND DECREES

that pursuant to Fed. R. Civ. P 41(a)(2), an order of voluntary dismissal in the instant case as to the below described properties is entered; and that the Property Registrar of Carolina, Sections I and III of the Registry of Property of the Commonwealth of Puerto Rico, cancel the Cautionary Notice from the records of the Registry where the real properties herein described are registered:

**[5] Urb. Mansiones de Vistamar Marina, #1308, Calle Mallorca, Carolina, P.R.**

URBANA: Solar marcado con el número mil trescientos ocho (1308) de la Urbanización Mansiones de Vistamar Marina, radicada en el Barrio Sabana Abajo del término municipal de Carolina, Puerto Rico, con una cabida de cuatrocientos cincuenta punto ciento cuarenta (450.140) metros cuadrados, equivalentes a cero punto mil ciento cuarenta y cinco cuerda (0.1145). En lindes por el Norte, con un largo de veintiocho punto cuatrocientos (28.400) metros colindando con el solar número mil trescientos nueve (1309); por el Sur, con un largo de veintiocho punto cuatrocientos (28.400) metros colindando con el solar número mil trescientos siete (1307); por el Este, con un largo de quince punto ochocientos cincuenta (15.850) metros con la Calle Mallorca y por el Oeste, con un largo de quince punto ochocientos cincuenta (15.850) metros con el solar número mil trescientos y uno (1321). Enclava una estructura de dos(2) niveles para fines residenciales, diseñada para vivienda de una familia, construida coforme a planos y especificaciones aprobados por las agencias e instrumentalidades gubernamentales pertinentes.
Inscrita a favor de José Vázquez-Senti, según consta en el Tomo 969, Folio 37, Finca número 40504, de Carolina.

**[6]Condominio Ciudad Jardín de Canóvanas, Apartamento 610-F, Canóvanas, Puerto Rico**

URBANA: PROPIEDAD HORIZONTAL Apartamento residencial marcado con el número seiscientos diez-F (610-F), ubicado en el Piso Segundo, del Edificio "F", del Condominio Cuidad Jardín de Canóvanas, gobernado por el régimen de propiedad horizontal, y localizado en el Barrio Canóvanas, del municipio de Canóvanas, Puerto Rico. Tiene una cabida de mil trescientos catorce pies cuadrados (1,314.00 p.c.), equivalentes a aproximadamente ciento veintidos punto cero setecientos cincuenta y un metros cuadrados (122.0751 m.c.). El apartamento es de forma irregular y colinda; por el Norte, en una distancia de veintinueve pies diez pulgadas (29'10") con el espacio áereo que mira hacia un área denominada "Green Area" y con el Edificio "E" del referido condominio; por el Sur, en dos alineaciones distintas, en una distancia de diecinueve pies seis pulgadas (19'6") con el apartamento número seiscientos nueve F (609-F), y en otra distancia de tres pies seis; por el Este, en una distancia de treinta cuatro pies (34'0"), con el espacio áereo que mira hacia la parte de la finca que colinda con Los Flamboyanes Court, y en otra distancia de cinco pies tres; por el Oeste, en una distancia de treinta y nueve pies tres pulgadas ( 39'3") con un área denominada "Green Area" y con el Edificio "M" del referido condominio.
Inscrita a favor de José Víctor Vázquez-Senti and Luis Orlando López-Cruz, descrita conforme a la inscripción primera del Tomo 366, Folio 16, Finca número 14742, de Canóvanas.

**[7]Condominio Villas del Mar Beach Resort, Apartamento F-303, Loíza, Puerto Rico**

PROPIEDAD HORIZONTAL: Apartamento identificado con el número F-trescientos tres (F-303) el cual está localizado en el tercer piso del edificio "F" del Condominio Villas del Mar Beach Resort, ubicado en el sector El Martillo, Barrio Mediania Alta, carretera ciento ochenta y siete (187) kilómetro siete (7.0), Loíza, Puerto Rico. Tiene una cabida superficial de mil doscientos ocho punto cuatrocientos cicuenta y siete (1,208.457) pies cuadrados, equivalentes a ciento doce punto doscientos sesenta y nueve (112.269) metros cuadrados. Colinda por el Norte, en distancia de treinta y cinco pies diez pulgadas (35'10") con el apartamento F-trescientos cuatro (F-304); por el Sur, en distancia de treinta y tres pies nueve pulgadas (33'9") con el apartamento F-trescientos dos (F-302); por el Este, en distancia de treinta y un pies tres y media pulgadas (31' - 3 1/2") con el área común; y por el Oeste, en distancia de treinta y un pies tres y media pulgadas (31'3 1/2") con el área común.
Inscrita a favor de José V. Vázquez Senti and Vicenta Senti Carvallo, según consta al Asiento 1273, Diario 228 de Loíza.

**[9] Condominio Surfside Mansions, Apartamento 306, Isla Verde, Carolina, Puerto Rico**

URBANA:PROPIEDAD HORIZONTAL: Apartamento trescientos seis (306), localizado en el piso tercero del edificio conocido como Surfside Mansions que radica en el kilómetro uno, de la carretera ciento ochenta y siete, Isla Verde, Carolina, tiene forma rectangular, midiendo ocho metros ochenta y nueve centímetros de ancho por diecisiete metros sesentiuno centímetros de fondo teniendo un área de ciento

treinta y cuatro metros cuadrados con catorce centímetros cuadrados. Su puerta principal mira hacia el Este y se comunica con pasillo comunal que da al vestíbulo común y que tiene salida a los elevadores y escaleras que a su vez dan salida al exterior del edificio. Este apartamento contiene una sala-comedor, dos dormitorios, dos baños, cocina, closets, una terraza y una lavandería. Colinda por el Norte, en una extensión de cinco metros treinta y nueve centímetros con pared comunal que lo divide de las escaleras e incineradores y en tres metros cincuenta centímetros con pared comunal que la divide del closet para contenedores de agua y el closet mecánico; por el Sur en una extensión de quince metros sesenta y siete centímetros con pared comunal que la divide del patio principal del edificio que mira hacia la carretera ciento ochenta y siete; por el Este, en una extensión de quince metros sesenta y siete centímetros con paseo comunal que la divide del apartamento trescientos nueve y en un metro cero centímetro con pared comunal (puerta) que lo divide del pasillo comunal que lo comunica con los elevadores y escaleras; por el Oeste, en una extensión de once metros ochenta y nueve centímetros con pared comunal que la divide del patio lateral izquierdo del edificio; y en cinco metros setenta y dos centímetros con pared comunal que lo divide del apartmento trescientos once.
Inscrita a favor de José Víctor Vázquez-Senti, según conforme al Tomo 937, Folio 74, Finca número

32406, de Carolina.

**[10] Urb Mansiones de Vistamar Marina, # 1309, Calle Mallorca, Carolina, Puerto Rico**
URBANA: Solar marcado con el número mil trescientos nueve (1309) de la Urbanización Mansiones de

Vistamar Marina, radicada en el Barrio Sabana Abajo del término municipal de Carolina, Puerto Rico, con una cabida de cuatrocientos cincuenta punto ciento cuarenta (450.140) metros cuadrados, equivalentes a cero punto mil ciento cuarenta y cinco cuerda (0.1145). En lindes por el Norte, con un largo de veintiocho punto cuatrocientos (28.400) metros colindando con el solar número mil trescientos diez (1310); por el Sur, con una largo de veintiocho punto cuatrocientos (28.400) metros colindando con el solar número mil trescientos ocho (1308); por el Este, con un largo de quince punto ochocientos cincuenta (15.850) metros con la Calle Mallorca y por el Oeste, con un largo de quince punto ochocientos cincuenta (15.850) metros con el solar número mil trescientos y uno (1321).
Inscrita a favor de José V. Vázquez-Senti y Gabino Iglesias Vázquez, según consta en el Asiento 1362 del

Diario 318, Finca número 40,471, de Carolina.

The Clerk is hereby directed to send certified copies of this Order to Miguel A. Fernández, Chief, Civil Division, Assistant U.S. Attorney.

In San Juan, Puerto Rico this <u>3rd</u> day of February, 2009.

                S/JOSE A. FUSTE
                JOSE A. FUSTE, CHIEF
                UNITED STATES DISTRICT JUDGE